IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RUSSELL K. HUNT                                                                             PLAINTIFF

v.                                                            CIVIL ACTION NO. 3:20-cv-00093-GHD-JMV

CITY OF OLIVE BRANCH                                                                       DEFENDANT

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Defendant's Motion to Dismiss [10] is GRANTED;

(2) the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure; and

(3) this case is CLOSED.

SO ORDERED, this, the 25 day of March, 2021.

_____
SENIOR U.S. DISTRICT JUDGE